ACCEPTED
15-25-00107-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/23/2025 5:07 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00107

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/23/2025 5:07:16 PM
CHRISTOPHER A. PRINE
~~Clerk~~

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

TEXAS DEPARTMENT OF INSURANCE, AND CASSIE BROWN, IN HER CAPACITY AS COMMISSIONER OF THE TEXAS DEPARTMENT OF INSURANCE,

*Appellants,*

*v.*

TEXAS LAND TITLE ASSOCIATION,

*Appellee.*

On Appeal from the 345th Judicial District Court
Travis County, Texas
Cause No. D-1-GN-25-001663

APPELLANT'S RESPONSE TO

APPELLEE'S UNOPPOSED EMERGENCY MOTION FOR TEMPORARY RELIEF UNDER TEX. R. APP. P. 29.3

Appellant, Texas Department of Insurance and Cassie Brown, in Her Capacity as Commissioner of the Texas Department of Insurance (collectively "TDI"), herewith file this response to Appellee, Texas Land Title Association's ("TLTA"), June 20, 2025, filing of its unopposed request for emergency relief on the grounds set forth in the motion (TLTA's unopposed "Emergency Motion").

- 1 -

4046730.v2

## I.    POSITION ON EMERGENCY MOTION

This afternoon, Monday, June 23, 2025, Appellants received a call from the Clerk's office at the 15th Court of Appeals and at the same time received a letter from the Clerk directing Appellants to file a response to TLTA's Emergency Motion by Wednesday June 25, 2025, at 4:00 p.m.   Ray Chester, counsel for TLTA, and the undersigned, counsel for TDI, conferred regarding the Court's request and conferred regarding the need to file a short response as soon as possible.  Counsel agreed that the Court's directive manifested a need for clarification and resolution of uncertainty about the parties' positions posed by Friday's filing of the unopposed Emergency Motion.

In response, TDI provides the following short filing restating its position regarding the unopposed Emergency Motion:

## II.    RESPONSE

In response to the 15th Court's request, TDI notes the following:

1) TLTA's unopposed Emergency Motion was, at the time of filing, and is, currently, in fact "unopposed."  TDI did not and does not oppose TLTA's Friday Emergency Motion for the reasons discussed in the motion.  The requested emergency injunction is not only responsive to TLTA's and its member's needs for certainty and continuity, but is also consistent with TDI's June 12, 2025, notice to the title industry that title agents and underwriters should continue to charge the current rates and should not put into effect the 10% rate reduction.

4046730.v2

2) While TDI does not concede or change its position in this appeal on any claims, factual averments, or positions on the merits, TDI was, is, and remains unopposed to TLTA's emergency request for injunctive relief, which was focused solely on approval of surgically precise emergency injunctive relief from the Commissioner's 10% rate decrease during the pendency of the appeal.

3) TDI agrees, as stated in the unopposed Emergency Motion, that the Court should, under TRAP 29.3, lift the stay of the trial court's May 30, 2025, temporary injunction that resulted from TDI's filing of its notice of appeal on June 19, 2025.

4) Alternatively, the Court should itself approve, under TRAP 29.3, for the pendency of the appeal on an emergency basis, the temporary injunction approved by the trial court in her May 30, 2025, Order Granting Temporary Injunction.

TDI is filing this response before the June 25, 2025, stated deadline to restore assurance among the parties and the Court that that TLTA's unopposed Emergency Motion was, is, and remains, in fact, unopposed by TDI, as declared the filing.

## III. CONCLUSION AND PRAYER

For the reasons stated herein, Appellant, TDI, was, is, and remains unopposed to TLTA's June 20, 2025, request for emergency relief from this Court under TRAP 29.3, and does not oppose the Court either lifting the stay of the trial court's temporary injunction that resulted from Appellant's filing of its notice of appeal on June 19, 2025, or, alternatively, approving under TRAP 29.3, the temporary injunction approved by

4046730.v2

the trial court in her May 30, 2025, Order Granting Temporary Injunction on an emergency basis for the pendency of this appeal.

<div style="margin-left:50%;">

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

/s/ *James Z. Brazell*
JAMES Z. BRAZELL
State Bar No. 02930100
Assistant Attorney General
ROSALIND HUNT
State Bar No. 24067108
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3204
Facsimile: (512) 320-0167
James.Brazell@oag.texas.gov

ATTORNEYS FOR DEFENDANTS TEXAS DEPARTMENT OF INSURANCE AND CASSIE BROWN, IN HER CAPACITY AS COMMISSIONER OF THE TEXAS DEPARTMENT OF INSURANCE

</div>

- 4 -

4046730.v2

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that pursuant to Tex. R. App. P. 29.3, on the 23rd day of June, 2025, I conferred with Ray Chester, counsel for Appellees, and Appellees do not oppose the relief sought in this response.

Respectfully submitted,

By */s/ James Z Brazell*

4046730.v2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing First Amended Plea to the Jurisdiction has been served on June 23, 2025, on the following attorneys-in-charge, by e-service and/or e-mail:

RAY C. CHESTER
State Bar No. 04189065
ANDREW M. EDGE
State Bar No. 24071446
MCGINNIS LOCHRIDGE LLP
1111 W. 6th Street, Bldg. B, Suite 400
Austin, Texas 78703
Telephone:     (512) 495-6000
Facsimile:     (512) 495-6093
rchester@mcginnislaw.com
aedge@mcginnislaw.com

ATTORNEYS FOR PLAINTIFF TEXAS LAND TITLE ASSOCIATION

*/s/ James Z. Brazell*
JAMES Z. BRAZELL
Assistant Attorney General

4046730.v2

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mayra Contreras on behalf of James Brazell
Bar No. 2930100
mayra.contreras@oag.texas.gov
Envelope ID: 102325398
Filing Code Description: Response
Filing Description: 2025 0623 Appellants Response to Appellees Unopposed Emergency Motion for Temporary Relief JB6 001
Status as of 6/23/2025 5:32 PM CST

Associated Case Party: Texas Land Title Association

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kim McBride | | kmcbride@mcginnislaw.com | 6/23/2025 5:07:16 PM | SENT |
| Ray Chester | | rchester@mcginnislaw.com | 6/23/2025 5:07:16 PM | SENT |
| Drew Edge | | aedge@mcginnislaw.com | 6/23/2025 5:07:16 PM | SENT |

Associated Case Party: Texas Department of Insurance

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| James Brazell | | James.Brazell@oag.texas.gov | 6/23/2025 5:07:16 PM | SENT |
| Mayra Contreras | | mayra.contreras@oag.texas.gov | 6/23/2025 5:07:16 PM | SENT |